[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-10005
Non-Argument Calendar
_____

D.C. Docket No. 5:19-cr-00045-JDW-PRL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FREDERICK MICHAEL POHL, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 11, 2020)

Before JILL PRYOR, BRANCH and BRASHER, Circuit Judges.

PER CURIAM:

Lynn Bailey, appointed counsel for Frederick Michael Pohl, Jr., in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pohl's conviction and sentence are **AFFIRMED**.